PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED – USDC – NDTX – AB
DEC 14 2023 AM 10:29

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Abilene__ DIVISION

__Todd Zurovetz 01931368__
Plaintiff's Name and ID Number

__TDCJ-CID__
Place of Confinement

CASE NO. __1-23CV-0236C__
(Clerk will assign the number)

V.

__Brian Collier__ Executive director PO box 99 Huntsville, TX 77342
Defendant's Name and Address

__Bobby Lumpkin__ Director PO box 99 Huntsville, TX 77342
Defendant's Name and Address

__Beverly S Harbour__ Food service MAJOR 12071 FM 3522 Abilene TX 79601
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "… if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____
        2. Parties to previous lawsuit:
           Plaintiff(s) _____
           Defendant(s) _____
        3. Court: (If federal, name the district; if state, name the county.) _____
        4. Cause number: _____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: TDCS – CID

III. EXHAUSTION OF GRIEVANCE PROCEDURES: step 1 + 2 are in process
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Todd Micheal Zurovetz
Robertson unit  12071 FM 3522
Abilene, TX  79401

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Brian Collier, TDCJ Executive director
Po box 99  Huntsville, TX  77342
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation 8th Amendment right

Defendant #2: Bobby Lumpkin director of operations
Po box 99  Huntsville, TX  77342
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Violation of 8th Amendment right

Defendant #3: Beverly S Harbour  MAJOR Robertson unit
12071 FM 3522  Abilene, TX  79601
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Violation of 8th Amendment right

Defendant #4: Bradley D Burge  Laundry service
Robertson unit  12071 FM 3522  Abilene, TX  79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of 8th Amendment right

Defendant #5: _____
_____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Attachment

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensary damages, Punitive damages

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 12-9-23
            DATE

Todd Zuraetz
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  9  day of  Dec , 20 23 .
            (Day)              (month)          (year)

Todd Zuraetz
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Attachment #1

Texas government
Governer Greg Abboett Took 840 million out of the TDCJ budget to fund his border security operation. This emergency budget hit TDCJ hard. Combined with the existing inflation, supply chain issue's and global food Scarcity. The most immediate impact was felt with <u>food</u>, other socio-economic factor's have forced TDCJ to water down portions (more than they aready did) to make food stretch. They have also dramatically cut the amount and variety of sides and main served to incarcerated people in TDCJ. As a result, the incarcerated people in TDCJ are recieving caloric counts that are regularly between 1100-1600 Calories per day, when the menu states between 2400-2700 a day. This inadequate food issue is characterized as a issue of overcrowding. The Texas prison population is far to large for the available resources and as a consequence, their inability to adequately meet the needs of its prison population places thousands of incarcerated people at serious risk to their health and lives. The NLG-prison chapter has filed a multi-plaintiff Lawsuit demanding that all people in TDCJ be provided adequate food of Nutritional value for health and strenght.

①

The Lawsuits calls for the end of the pratice of watering down food to increase volume, for all food to be made in a sanitary manner and kept at proper and safe temperatures; and that all meals be of AdeQuate caloric Quanity. The covid pandemic exsposed a severe staffing shortage in Texas prison to the Level that it is causing dangerous and unsafe conditions, and resulting in system-wide unhumane civil rights violations, that constitute creul and inhumane and degrading punishment. This staff shortage is the equivant to prison overcrowding. It is unknown whether TDCJ has an actual mandatory minimum operations the ratio in housing area's tends to be somewhere between 72:1 - 144:1. This represents one officer on patrol (Rover) in a wing housing 144 incarcerated persons, and one officer in the picket. On the common occasion when incarcerated people are placed on lockdown because of staff shortages, one officer may supervise two wings, raising the ratio to 144:1 - 288:1. In commparison, the Federal Bureau of prisons reQuies a staffing ratio less than 15:1 to maintain adeQuate security. Such lack of security results

(2)

in horrific conditions including riots, violance, and rape, It also ~~have~~ has a direct relation to the increase on successful suicides amongst incarcerated people. To challenge these conditions, the NLG prison chapter has filed a multi-plaintiff Lawsuit demanding that TDCJ provide a safe prisoner-to-prisoner ratio., or reduce its prison population to a more managable level. This suit is the thread that runs through alot of other violations that NLG-prison chapter has adressed in their Lawsuits.

Questinaire

① How often do you reciev a sacked meal? ~~too ooooo~~ A lot
A) What is the main reason for recieving a sacked meal? Short staff
B) What does the average sack meal contain? PBJ, Bologna
② Give us a example (or several) of what you are fed in a Hot meal?
4 oz gravy, 4 oz carrots, 2 sliced bread, 4 oz pinto beans
  *Not going by menu TDCJ put out*
③ Is there any specific meal that you are fed consistently? what is it? stew, No meat, patatoes. check camrea footage on 12 Bid-B-pod, look at tray's.
④ How often are you fed
A. meals that contain little or no meat/ 5 days a week
B. Gravy as a main? yes   what is serving size? 4 oz
C. "Fresh" Fruit (Not canned)? we do not get this but on christmas or Thanksgiving

③

⑤ Is the food on your unit being watered down? yes. check camrea footage 21 days back.
A. How do you know this. ssi's tell me and my tray has nothing but water. Kitchen worker's tell me when I ask. I am on 12B1d Heat restriction so I eat on pod. with food carts. we get cold food, watered down

⑥ When you get hot meals, How much time on (average) do you get to eat? Not 20 mins, but I eat in-pod.

⑦ Is the DFH menu followed? No
A. How often is DFH given the same food as general population? everyday

⑧ Is the food served at correct temperatures? Served cold and No Juice or milk

⑨ Have you witnessed unsanitary conditions in the Kitchen and/or chow hall? Food cold, No gloves, or hair nets, roaches and rats

⑩ Do you know of any instances where you or someone you know contracted H. pylori or other food sickness? yes, I did and can't get red of it. Bacteria overgrowth check medical records

Violation of 8th Amendment rights

④

From Oct 16, 2023 to current time Laundry Service has violated 8th Amendment by not following policy or bringing clothes just once a week. No Socks are brought at all. Laundries excuse is a dryer is broke. well we got to have clothes and Hygiene somehow. Brian Collier and Bobby Lumpkin both director's know about this due to my mother filing obudsman's complaints on both Laundry and Kitchen, Call # 512 573-8942 Linda Zurovetz

Todd Zurovetz
01931368



On 10-13-23 I spoke with superviser about Food service problems. He told me to write a greivance. So I did. From that date to contenuing MAJOR Food service is violating molti-policys and doctor's orders for diet for health Food. The doctor ordered me diet for health tray for my health. This unit does not even serve diet for health tray, which is violation of multiple policies put out by TDCJ Huntsville. Beverly Harbour Food service MAJOR violated policy, procedure's, civil Righs Laws and is contenueing to doing it, when she know's she is in the wrong. On 10-13-23 I Also spoke with superviser about Laundry. We are in 12 Bld Heat restriction so we can't go to Laundry or chow Hall.

⑥

Laundry comes to us. They have not been bringing Laundry according to policy, procedure's put out by TDCJ. These inhumane conditions are serious to our health and Hygiene. one week we did not recieve no soap to shower with. I told my mother Linda Zurovetz #512-573-8942 file obudsman complaint on Laundry and Food service, so Brian collier and Bobby Lumpkin can't state they did not Know. This is violation of constitutional and civil Rights Law. Federally protected rights. our food is cold, unsanitary conditions etc. step 1 + step 2 are in processing. They are holding them so I can't file 1983.

⑦

# Affidavit of Todd Zurovetz #01931368

I, Todd Zurovetz #01931368, declare as follows:

1. I am over 18 and if called upon to do so could testify competently about the facts set forth in this Affidavit.
2. This Affidavit contains information necessary to support (for example: court complaint of person X, allegations regarding excessive cruel and inhumane conditions at prison facility Y, etc) It is not intended to include every relevent fact or matter observed by me or known to me.
3. The information provided is based on my personal knowledge, obervations, and experiences.
4. I hearby certify that the following facts and things are true and correct to the best of my knowledge.
5. Attachment 1

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct

Date 12- -23

Name Todd Zurovetz

Sign (S) [signature]

Address 12071 FM 3522 Abilene, TX 79601

  





Todd Zwavetz #01931368
Robertson unit
12071 FM 3522
Abilene TX 79601

United States district Court
34 Pine Street, 200B
Abilene, TX 79601

"Legal mail"

RECEIVED
DEC 14 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION